**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR16-08104-001-PCT-DMF |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Drametria Humsii Havatone, ) | |
| Defendant. ) | |

    The defendant appeared in court and admitted to violating her conditions of supervised released as alleged in Paragraph C, Special Condition #13 and Paragraph D, Special Condition #2 of the Petition to Revoke Supervised Release.

    IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

    IT IS FURTHER ORDERED the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **NINETY (90) DAYS**, in addition to any time already served**.**  No term of supervised release follows.

    IT IS FURTHER ORDERED the allegations of violation alleged in Paragraphs A and B of the Petition are DISMISSED with prejudice.

/

/

/

The Court recommends the defendant serve her time in incarceration at the Coconino County Jail in Flagstaff, Arizona.

DATED this 6th day of July, 2016.

*Deborah M. Fine*
Deborah M. Fine
United States Magistrate Judge